DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELIZABETH B. LOWE,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION,** As Trustee for **CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-5,**
Appellee.

No. 4D18-1670

[May 2, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 50-2016-CA-013918-XXXX-MB.

Nicole R. Moskowitz of Neustein Law Group, P.A., Aventura, for appellant.

Nancy M. Wallace of Akerman LLP, Tallahassee, and William P. Heller of Akerman LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***